IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 99-10092-WEB |
| | ) | |
| CRAIG T. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Memorandum and Order

Defendant Craig Williams filed a motion pursuant to 18 U.S.C. § 3582(c)(2) for a

reduction in his term of imprisonment based on the retroactive Sentence Guidelines following

the adoption of Amendment 750.  (Doc. 108).  Williams argues that U.S.S.G. § 1B1.10 has been

amended, lowering his offense level, and in effect modifying his term of imprisonment.  See PL

111-220, 2010 § 1789, Fair Sentencing Act of 2010.  Although Williams is correct that § 1B1.10

has been amended, and the amendment is retroactive, Williams was sentenced under U.S.S.G.

4B1.1.  Section 4B1.1 applies to career offenders.  Since William is a career offender, his offense

level was calculated under Section 4B1.1, not Section 1B1.10.   Therefore, the retroactive

sentencing amendment does not apply to Williams.  Williams' request for a sentence

modification (Doc. 108) is denied.

It is ordered this 22nd day of November, 2011.

Wesley E. Brown
Senior U.S. District Court Judge